# UNITED STATES BANKRUPTCY COURT

## District of South Dakota

In re:  CHERYL JOETTE BINGHAM
        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

**02-40180**

Case No. _____

Chapter  7

# SUMMARY OF SCHEDULES

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 70,000.00 | | |
| B - Personal Property | YES | 3 | $ 4,572.00 | | |
| C - Property Claimed As Exempt | YES | 3 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 62,313.00 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 1 | | $ 8,356.00 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 1,477.30 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 2,049.00 |
| Total Number of sheets in ALL Schedules >> | | 14 | | | |
| Total Assets >> | | | $ 74,572.00 | | |
| Total Liabilities >> | | | | $ 70,669.00 | |

RECEIVED/FILED

FEB 21   8 37 AM '02

CLERK
U.S. BANKRUPTCY COURT
DIST. OF SOUTH DAKOTA

Bingham Schedules.max

In re:  CHERYL JOETTE BINGHAM                       Case No. _____
        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

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSB. WIFE JOINT OR COMM. | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Homestead located at 2405 E. Austin, Sioux Falls, SD 57103 | Fee Owner | | 70,000.00 | 61,985.00 |

TOTAL »  | 70,000.00 |

Schedule A - Page 1

In re:  CHERYL JOETTE BINGHAM
      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

Case No. _____

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | DESCRIPTION AND LOCATION OF PROPERTY | HUSB. WIFE JOINT OR COMM. | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|
| 1. Cash on hand. | Cash on hand | | 20.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | Checking   25; Checking - 20; Savings - 2 | | 47.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | NONE | | 0.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | 2 Beds | | 75.00 |
| | 2 Chairs | | 50.00 |
| | 3 Lamps | | 30.00 |
| | Desk | | 50.00 |
| | Dishes/flatware/pots/pans | | 10.00 |
| | Dresser | | 15.00 |
| | End tables | | 20.00 |
| | Entertainment center | | 50.00 |
| | Freezer | | 50.00 |
| | Hand tools | | 10.00 |
| | Knick knacks | | 50.00 |
| | Lawn mower | | 25.00 |
| | Microwave | | 25.00 |
| | Refrigerator | | 50.00 |
| | Sofa | | 25.00 |
| | Stereo | | 25.00 |
| | Stereo cabinet | | 25.00 |
| | Stove | | 50.00 |
| | Table/chairs | | 30.00 |
| | Towels/linens | | 35.00 |
| | TV | | 50.00 |
| | TV | | 25.00 |
| | VCR | | 20.00 |

Schedule B - Page 1

In re:  CHERYL JOETTE BINGHAM
        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

Case No. _____

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | DESCRIPTION AND LOCATION OF PROPERTY | HUSB. WIFE JOINT OR COMM. | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|
| | Washer/dryer | | 50.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | 20 Music CDs | | 40.00 |
| 6. Wearing apparel. | Debtor's clothing | | 500.00 |
| 7. Furs and jewelry. | Jewelry | | 25.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | Bike | | 25.00 |
| | Bow/arrows | | 50.00 |
| 9. Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | Term only | | NO CASH VALUE |
| 10. Annuities.  Itemize and name each issuer. | NONE | | 0.00 |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Itemize. | NONE | | 0.00 |
| 12. Stock and interests in incorporated and unincorporated businesses.  Itemize. | NONE | | 0.00 |
| 13. Interests in partnerships or joint ventures. Itemize. | NONE | | 0.00 |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | NONE | | 0.00 |
| 15. Accounts Receivable. | NONE | | 0.00 |
| 16. Alimony, maintenance, support and property settlements to which the debtor is or may be entitled.  Give particulars. | NONE | | 0.00 |
| 17. Other liquidated debts owing debtor including tax refunds.  Give details. | NONE | | 0.00 |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in the Schedule of Real Property. | NONE | | 0.00 |
| 19. Contingent and non-contingent interest in estate of a decedent, death benefit plan, life insurance policy, or trust. | NONE | | 0.00 |
| 20. Other contingent and unliquidated claims of any nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | NONE | | 0.00 |

Schedule B - Page 2

In re:  CHERYL JOETTE BINGHAM                                Case No. _____
        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

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | DESCRIPTION AND LOCATION OF PROPERTY | HUSB. WIFE JOINT OR COMM. | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|
| 21. Patents, copyrights, and other intellectual property.  Give estimated value of each. | NONE | | 0.00 |
| 22. Licenses, franchises, and other general intangibles.  Give particulars. | NONE | | 0.00 |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | 1993 Explorer (secured) - 94,000 miles - rust/motor needs work | | 3,000.00 |
| 24. Boats, motors, and accessories. | NONE | | 0.00 |
| 25. Aircraft and accessories. | NONE | | 0.00 |
| 26. Office equipment, furnishings, and supplies. | NONE | | 0.00 |
| 27. Machinery, fixtures, equipment, and supplies. | NONE | | 0.00 |
| 28. Inventory. | NONE | | 0.00 |
| 29. Animals. | Dog | | 20.00 |
| 30. Crops - growing or harvested.  Give particulars. | NONE | | 0.00 |
| 31. Farming equipment and implements. | NONE | | 0.00 |
| 32. Farm supplies, chemicals, and feed. | NONE | | 0.00 |
| 33. Other personal property of any kind not already listed.  Itemize. | NONE | | 0.00 |

TOTAL »    4,572.00

Schedule B - Page 3

Bingham Schedules.max

In re: CHERYL JOETTE BINGHAM
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

Case No. _____

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under:

[ ]  11 U.S.C. § 522(b)(1)     Exemptions provided in 11 U.S.C. § 522(d).  Note:  These exemptions are available only in certain states.

[X]  11 U.S.C. § 522(b)(2)     Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's
                               domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer
                               portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety
                               or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFIC LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| 1993 Explorer (secured) - 94,000 miles - rust/motor needs work | SDCL § 43-45-4 | 2,672.00 | 3,000.00 |
| 2 Beds | SDCL § 43-45-4 | 75.00 | 75.00 |
| 2 Chairs | SDCL § 43-45-4 | 50.00 | 50.00 |
| 20 Music CDs | SDCL § 43-45-4 | 40.00 | 40.00 |
| 3 Lamps | SDCL § 43-45-4 | 30.00 | 30.00 |
| Bike | SDCL § 43-45-4 | 25.00 | 25.00 |
| Bow/arrows | SDCL § 43-45-4 | 50.00 | 50.00 |
| Cash on hand | SDCL § 43-45-4 | 20.00 | 20.00 |
| Checking - 25; Checking - 20; Savings - 2 | SDCL § 43-45-4 | 47.00 | 47.00 |
| Debtor's clothing | SDCL § 43-45-2 | 500.00 | 500.00 |
| Desk | SDCL § 43-45-4 | 50.00 | 50.00 |
| Dishes/flatware/pots/pans | SDCL § 43-45-4 | 10.00 | 10.00 |
| Dog | SDCL § 43-45-4 | 20.00 | 20.00 |
| Dresser | SDCL § 43-45-4 | 15.00 | 15.00 |
| End tables | SDCL § 43-45-4 | 20.00 | 20.00 |
| Entertainment center | SDCL § 43-45-4 | 50.00 | 50.00 |
| Freezer | SDCL § 43-45-4 | 50.00 | 50.00 |

Schedule C - Page 1

In re:  CHERYL JOETTE BINGHAM
        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

Case No. _____

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

| DESCRIPTION OF PROPERTY | SPECIFIC LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| Hand tools | SDCL § 43-45-4 | 10.00 | 10.00 |
| Homestead located at 2405 E. Austin, Sioux Falls, SD 57103 | SDCL §§ 43-31-1, 2, 3, 4, 43-45-3 | 8,015.00 | 70,000.00 |
| Jewelry | SDCL §  43-45-2 | 25.00 | 25.00 |
| Knick knacks | SDCL § 43-45-4 | 50.00 | 50.00 |
| Lawn mower | SDCL § 43-45-4 | 25.00 | 25.00 |
| Microwave | SDCL § 43-45-4 | 25.00 | 25.00 |
| Refrigerator | SDCL § 43-45-4 | 50.00 | 50.00 |
| Sofa | SDCL § 43-45-4 | 25.00 | 25.00 |
| Stereo | SDCL § 43-45-4 | 25.00 | 25.00 |
| Stereo cabinet | SDCL § 43-45-4 | 25.00 | 25.00 |
| Stove | SDCL § 43-45-4 | 50.00 | 50.00 |
| Table/chairs | SDCL § 43-45-4 | 30.00 | 30.00 |
| Term only | SDCL § 43-45-6 | 0.00 | NO CASH VALUE |
| Towels/linens | SDCL § 43-45-4 | 35.00 | 35.00 |
| TV | SDCL § 43-45-4 | 50.00 | 50.00 |
| TV | SDCL § 43-45-4 | 25.00 | 25.00 |
| VCR | SDCL § 43-45-4 | 20.00 | 20.00 |
| Washer/dryer | SDCL § 43-45-4 | 50.00 | 50.00 |

Schedule C - Page 2

Bingham Schedules.max

In re:  CHERYL JOETTE BINGHAM
         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

Case No. _____

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

| DESCRIPTION OF PROPERTY | SPECIFIC LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| | | | |

# TOTALS BY EXEMPTION LAW

| EXEMPTION LAW | HUSBAND | WIFE | JOINT | COMMUNITY | EXEMPTION TOTAL | MARKET VALUE TOTAL |
|---|---|---|---|---|---|---|
| SDCL §§ 43-31-1, 2, 3, 4, 43-45-3 | 0.00 | 0.00 | 0.00 | 0.00 | 8,015.00 | 70,000.00 |
| SDCL § 43-45-2 | 0.00 | 0.00 | 0.00 | 0.00 | 525.00 | 525.00 |
| SDCL § 43-45-4 | 0.00 | 0.00 | 0.00 | 0.00 | 3,719.00 | 4,047.00 |
| SDCL § 43-45-6 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | NO CASH VALUE |

Schedule C - Page 3

In re: CHERYL JOETTE BINGHAM
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

Case No. _____

# Schedule D - Creditors Holding Secured Claims

| CREDITOR'S NAME MAILING ADDRESS INCLUDING ZIP CODE | CO-DEBTOR | HUSBAND WIFE JOINT OR COMMUN. | CLAIM DATE, NATURE OF LIEN, DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|
| ACCT. NO. | NO | | | | | |
| First Century Credit Union 1512 E. Benson Road Sioux Falls, SD 57118-5310 | | | Holder of security in 1993 Explorer<br><br>VALUE $          4,000.00 | | 328.00 | 0.00 |
| ACCT. NO. | NO | | | | | |
| Home Federal Savings & Loan P.O. Box 5000 Sioux Falls, SD  57101 | | | Holder of mortgage in homestead.<br><br>VALUE $        70,000.00 | | 61,985.00 | 0.00 |
| | | | Subtotal »<br>(Total of this page) | | 62,313.00 | |
| | | | TOTAL » | | 62,313.00 | |

Schedule D - Page 1 of 1

In re:  CHERYL JOETTE BINGHAM           Case No. _____
        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

## Schedule E - Creditors Holding Unsecured Priority Claims

[X]  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

# Types of Priority Claims

[ ]  **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11  U.S.C. § 507(a)(2).

[ ]  **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4000* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

[ ]  **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

[ ]  **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $4000* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

[ ]  **Deposits by individuals**

    Claims of individuals up to $1800* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(6).

[ ]  **Alimony, Maintenance, or Support**

    Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

[ ]  **Taxes and Other Certain Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

[ ]  **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

[ ]  **Other Priority Debts**

Schedule E - Page 1 of 1

In re:  CHERYL JOETTE BINGHAM
        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

Case No. _____

# Schedule F - Creditors Holding Unsecured Nonpriority Claims

| CREDITOR'S NAME MAILING ADDRESS INCLUDING ZIP CODE | CO-DEBTOR | HUSBAND WIFE JOINT OR COMMUN. | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| ACCT. NO. 5570 0917 8466 6263   NO <br><br> Capital One, F.S.B. <br> PO box 34631 <br> Seattle, WA  98124-1631 | | | Credit card expense | | 500.00 |
| ACCT. NO. 14470              NO <br><br> Dr. Brian Sather <br> 3508 S. Minnesota Ave., Suite 108 <br> Sioux Falls, SD  57105 | | | Dental | | 380.00 |
| ACCT. NO.                    NO <br><br> EZ Money <br> 1412 West 41st St. <br> Sioux Falls, SD  57105 | | | Loan | | 500.00 |
| ACCT. NO.                    NO <br><br> Ford Motor Credit Co. <br> P.O. Box 88360 EA <br> Chicago, IL  60680-1306 <br><br> Breit Law Offices <br> 606 East Tan Tara Circle <br> Sioux Falls, SD  57108 | | | Deficiency owing after repossession of vehicle (judgment) | | 6,200.00 |
| ACCT. NO.                    NO <br><br> Hauge Associates <br> P.O. Box 89610 <br> Sioux Falls, SD  57105 | | | Representing creditor | | 176.00 |
| ACCT. NO. 4559 5013 0053 7893   NO <br><br> Providian Visa Card <br> PO Box 9553 <br> Manchester, NH  03108-9553 | | | Credit card expense | | 600.00 |
| | | | | Subtotal » (Total of this page) | 8,356.00 |
| | | | | TOTAL » | 8,356.00 |

Schedule F - Page 1 of 1

In re:  CHERYL JOETTE BINGHAM
        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

Case No. _____

# Schedule G - Executory Contracts and Unexpired Leases

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| NONE | |

Schedule G - Page 1

In re:  CHERYL JOETTE BINGHAM                              Case No. _____
        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

# SCHEDULE H - CODEBTORS

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| NONE | |

Schedule H - Page 1

In re:  CHERYL JOETTE BINGHAM
        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

Case No. _____

# Schedule I - Current Income Of Individual Debtor(s)

| Debtor's Marital Status: **Single** | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| Debtor's Age:  **44**<br>Spouse's Age: | NAMES<br>**NONE** | AGE | RELATIONSHIP |
| EMPLOYMENT: | DEBTOR | SPOUSE | |
| Occupation | | | |
| How long employed | | | |
| Name and Address of Employer | **Avera McKennan Hospital/HyVee**<br>**Sioux Falls, SD** | | |

| Income:  (Estimate of average monthly income) | | DEBTOR | SPOUSE |
|---|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ | 1,895.74 | $ |
| Estimated monthly overtime | $ | 0.00 | $ |
| SUBTOTAL | $ | 1,895.74 | $ |
| LESS PAYROLL DEDUCTIONS | | | |
| a.) Payroll taxes and social security | $ | 378.44 | $ |
| b.) Insurance | $ | 40.00 | $ |
| c.) Union dues | $ | 0.00 | $ |
| d.) Other | | | |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 418.44 | $ |
| TOTAL NET MONTHLY TAKE HOME PAY | $ | 1,477.30 | $ |
| Regular income from operation of business, profession or farm (attach detailed statement) | $ | 0.00 | $ |
| Income from real property | $ | 0.00 | $ |
| Interest and dividends | $ | 0.00 | $ |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | 0.00 | $ |
| Social security or other government assistance (Specify) | $ | 0.00 | $ |
| Pension or retirement income | $ | 0.00 | $ |
| Other monthly income (Specify) | $ | 0.00 | $ |
| TOTAL MONTHLY INCOME | $ | 1,477.30 | $ |

TOTAL COMBINED MONTHLY INCOME      $      1,477.30

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

   **NONE**

Schedule I - Page 1

In re: CHERYL JOETTE BINGHAM
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

Case No. _____

# Schedule J - Current Expenditures Of Individual Debtor(s)

[ ] Check this box if a joint petition is filed and debtor's spouse maintains a separate
household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 550.00 |
| Are real estate taxes included?    [ ] Yes  [x] No | | |
| Is property insurance included?    [ ] Yes  [x] No | | |
| | | |
| Utilities:    Electricity and heating fuel | $ | 160.00 |
| Water and sewer | $ | 20.00 |
| Telephone | $ | 60.00 |
| Other:        Cable/garbage | $ | 100.00 |
| | | |
| Home Maintenance (Repairs and upkeep) | $ | 50.00 |
| Food | $ | 350.00 |
| Clothing | $ | 150.00 |
| Laundry and dry cleaning | $ | 25.00 |
| Medical and dental expenses | $ | 50.00 |
| Transportation (not including car payments) | $ | 125.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 100.00 |
| Charitable contributions | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments): | | |
| Homeowner's or renter's | $ | 0.00 |
| Life | $ | 0.00 |
| Health | $ | 0.00 |
| Auto | $ | 35.00 |
| Other: | $ | 0.00 |
| | | |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| Installment payments (In chapter 12 & 13 cases, do not list payments to be included in the plan) | | |
| Auto | $ | 68.00 |
| Other: | $ | 0.00 |
| | | |
| Alimony, maintenance, and support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach stmt) | $ | 0.00 |
| Other:        Attorney fees | $ | 106.00 |
| Misc. | $ | 100.00 |

TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)        $    2,049.00

(FOR CHAPTER 12 and 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly,
monthly, annually, or at some other regular interval.
A.  Total projected monthly income
B.  Total projected monthly expenses
C.  Excess income (A minus B)
D.  Total amount to be paid into plan

Schedule J - Page 1

In re:  CHERYL JOETTE BINGHAM                                   Case No. _____
        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

# Declaration Concerning Debtor's Schedules

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   13 sheets plus the summary page, and
that they are true and correct to the best of my knowledge, information, and belief.

Date  _2-20-02_                              Signature  _X Cheryl Bingham_
                                                        CHERYL JOETTE BINGHAM

------------------------------------------------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

**(NOT APPLICABLE)**

Penalty for making a false statement or concealing property.  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C § 152
and 3571.

## UNITED STATES BANKRUPTCY COURT
### District of South Dakota

In Re: CHERYL J. BINGHAM, SS# 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      Case No. 01-
                                                      Chapter 7

## STATEMENT OF FINANCIAL AFFAIRS

---

**1. INCOME FROM EMPLOYMENT OR OPERATION OF BUSINESS**

None    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year). If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed).

| AMOUNT | SOURCE (if more than one) |
|---|---|
| $26,664.89 | 2000 Employment |
| $19,085.74 | 2001 Employment |

---

**2. INCOME OTHER THAN FROM EMPLOYMENT OR OPERATION OF BUSINESS**

None    State the amount of income received by the debtor other than from employment, trade,
(x)    profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                        SOURCE

---

**3. PAYMENTS TO CREDITORS**

None    a. List all payments on loans, installment purchases of goods or services, and other
(x)    debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name & Address of Creditor | Dates of Payments | Amount Paid | Amount Still Owing |
|---|---|---|---|

---

None    b. List all payments made within one year immediately preceding the commencement of this
(x)    case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name & Address of Creditor and Relationship to Debtor | Date of Payment | Amount Paid | Amount Still Owing |
|---|---|---|---|

---

**4. SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS**

None    a. List all suits and administrative proceedings to which the debtor is or was a party
( )    within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Caption of Suit and Case Number | Nature of Proceeding | Court or Agency and Location | Status or Disposition |
|---|---|---|---|
| Ford Motor Credit v. Debtor | Levy of $475 from checking | | |

---

**5. REPOSSESSIONS, FORECLOSURES AND RETURNS**

None (x)   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Creditor or Seller | Date of Repossession, Foreclosure sale, Transfer or Return | Description and Value of Property |
|---|---|---|

---

**6. ASSIGNMENTS AND RECEIVERSHIPS**

None (x)   a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Assignee | Date of Assignment | Terms of Assignment or Settlement |
|---|---|---|

---

None (x)   b. List all property which has been in the hands of a custodian, receiver, or court -appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Custodian | Name and Location of Court Case Title & Number | Date of Order | Description and Value of Property |
|---|---|---|---|

---

**7. GIFTS**

None (x)   List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Person or Organization | Relationship to Debtor, if any | Date of Gift | Description and Value of Gift |
|---|---|---|---|

---

**8. LOSSES**

None (x)   List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Description and Value of Property | Description of Circumstances and, if Loss was Covered in Whole or in Part by Insurance, Give Particulars | Date of Loss |
|---|---|---|

---

**9. PAYMENTS RELATED TO DEBT COUNSELING OR BANKRUPTCY**

None ( )   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under

the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| Name and Address of Payee | Date of payment Name of Payor if Other Than Debtor | Amount of Money or Description and Value of Property |
|---|---|---|

See Attorney Disclosure Statement Attached

**10. OTHER TRANSFERS**

None (x)    List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Transferee, Relationship to Debtor | Date | Describe Property Transferred and Value Received |
|---|---|---|

**11. CLOSED FINANCIAL ACCOUNTS**

None ( )    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Institution | Type and Number of Account and Amount of Final Balance | Amount and Date of Sale or Closing |
|---|---|---|
| First Century FCU | Checking - approx. bal. $20 | Open |
| Sioux Falls FCU | Checking - approx. bal. $25 Savings - approx. bal. $2 | Open Open |

**12. SAFE DEPOSIT BOXES**

None (x)    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Bank or Other Depository | Name and Addresses of Those With Access to Box or Depository | Description of Contents | Date of Transfer or Surrender, if any |
|---|---|---|---|

**13. SETOFFS**

None (x)    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Credit | Date of Setoff | Amount of Setoff |
|---|---|---|

**14. PROPERTY HELD FOR ANOTHER PERSON**

None (x)    List all property owned by another person that the debtor holds or controls.

| Name and Address of Owner | Description and Value of Property | Location of Property |
|---|---|---|

**15. PRIOR ADDRESS OF DEBTOR**

None
(x)

    If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

    Address             Name Used                  Dates of Occupancy

**16. SPOUSES AND FORMER SPOUSES**

None
(x)

    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

    Name:

**17. ENVIRONMENTAL INFORMATION**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
(x)

    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

    Site Name          Name and Address       Date of       Environmental
    and Address       of Governmental Unit      Notice       Law

None
(x)

    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

    Site Name          Name and Address       Date of       Environmental
    and Address       of Governmental Unit      Notice       Law

None
(x)

    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

    Name and Address          Docket Number       Status or
    of Governmental Unit                     Disposition

**18. NATURE, LOCATION AND NAME OF BUSINESS**

None
(x)

    a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the

commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| Name | Taxpayer I.D. Number | Address | Nature of Business | Beginning and Ending Dates |
|------|----------------------|---------|--------------------|----------------------------|

None
(x)     b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| Name | Address |
|------|---------|

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: 2-20-02                                   Signature        X Cheryl Bingham
                                                of Debtor


Date: _____                         Signature_____
                                                of Debtor

# UNITED STATES BANKRUPTCY COURT
## District of South Dakota

In re:  CHERYL JOETTE BINGHAM
        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

Case No. _____

Chapter  7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. I intend to do the following with repect to the property of the estate which secures those consumer debts:

   A. *Property To Be Surrendered.*

| Description of Property | Creditor's name |
|---|---|
| 1.   NONE | |

   B. *Property To Be Retained.*                    *[Check any applicable statement.]*

| Description of property | Creditor's name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| 1. Holder of security in 1993 Explorer | First Century Credit Union | | | X |
| 2. Holder of mortgage in homestead. | Home Federal Savings & Loan | | | X |

Date: _2-20-02_

X *Cheryl Bingham*
CHERYL JOETTE BINGHAM, Debtor

Individual Debtor's Statement of Intention - Page 1

Bingham Schedules.max