UNITED STATES BANKRUPTCY COURT

DISTRICT OF SOUTH DAKOTA

* * * * * * * * * * * * * * * * *

In the Matter of

CHERYL JOETTE BINGHAM

            Debtors.

* * * * * * * * * * * * * * * * *

Case No. 02-40180
Chapter 7

CERTIFICATE OF SERVICE
OF DEBTOR'S STATEMENT OF
INTENTION

I, Thomas A. Blake, the undersigned, hereby certify that a true and correct copy of the Debtor's Statement of Intention was mailed to:

United States Trustee
230 South Phillips Ave.
Suite 502
Sioux Falls, SD 57102

Home Federal Savings
PO Box 5000
Sioux Falls, SD 57101

First Century Credit Union
1512 E. Benson Road
Sioux Falls, SD 57118-5310

by United States mail, postage prepaid, directed to their addresses of record, on the 21st day of February, 2002.

Thomas A. Blake
Attorney for Debtors
505 West Ninth Street
Suite 202
Sioux Falls, SD 57104-3698
(605) 336-1216
FAX (605) 332-2897

RECEIVED/FILED

FEB 21   8 36 AM '02

CLERK
U.S. BANKRUPTCY COURT
DIST. OF SOUTH DAKOTA

Bingham cs.max