UNITED STATES BANKRUPTCY COURT

DISTRICT OF SOUTH DAKOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

In the Matter of

CHERYL J. BINGHAM
SS#: 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,

Debtor.

Case No. 02-40180
Chapter 7

ORDER DIRECTING CLERK OF COURT
TO DISCHARGE JUDGMENT(S)
DISCHARGED IN BANKRUPTCY

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Upon consideration of Debtor's Motion for Order Directing Clerks of Court to Discharge Judgment(s) Discharged in Bankruptcy filed by Debtor on June 21, 2002, and the record before the Court, and it appearing that no timely objection to the Motion has been filed,

IT IS HEREBY ORDERED that Debtor's personal liability under the attached judgment(s) has been discharged in bankruptcy.

IT IS FURTHER ORDERED that pursuant to S.D.C.L. § 15-16-20 the Clerk of Court in which the above judgment(s) was rendered, or a transcript thereof has been filed, shall enter a certified copy of this Order in the Clerk's judgment docket.

IT IS FURTHER ORDERED that pursuant to S.D.C.L. § 15-16-20 said entries shall discharge from his personal liability under the judgment specified from and after the date of entry. Nothing in this Order shall affect any valid lien that attached to Debtor's property pre-petition.

So ordered this 9 day of July, 2002.

BY THE COURT:

_____
Irvin N. Hoyt, US Bankruptcy Judge

ATTEST:
CHARLES L. NAIL, JR, CLERK

By _____

[SEAL - UNITED STATES BANKRUPTCY COURT]

NOTICE OF ENTRY
Under F.R.Bankr.P. 9022(a)
Entered

JUL 09 2002

Charles L. Nail, Jr., Clerk
U.S. Bankruptcy Court
District of South Dakota

| DEBTOR | CREDITOR | ATTORNEY | DATE OF JUDGMENT | AMOUNT OF JUDGMENT | COSTS |
|---|---|---|---|---|---|
| Cheryl I. Bingham | | | | | |
| 13 Bingham, Cheryl | Ford Motor Credit Co. | Robert Breit | 8/28/01 | $5,746.81 | — |

Exhibit "A"

## JUDGMENTS - CIVIL/SMALL CLAIMS

THIS THE 17 DAY OF June, 2002.

ES M. FECHNER, CLERK OF MINNEHAHA COUNTY

_____, DEPUTY CLERK.

THE CLERK OF COURTS OFFICE TAKES NO RESPONSIBILITY FOR THE ACCURACY OF THIS JUDGMENT SEARCH. IT IS PROVIDED TO YOU AS A CONVENIENCE ONLY. THE ACTUAL RECORDS ARE AVAILABLE FOR YOUR REVIEW.